MARIA JEANERETTE, as Administratrix of the Estate of SAMUEL JEANERETTE, Deceased, Appellant, *v.* JULIUS JUNGMAN, Respondent.

*Jeanerette* v. *Jungman*, 132 App. Div. 925, reversed.
(Argued February 13, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Thomas J. O'Neill* and *L. F. Fish* for appellant.

*John C. Robinson* and *Frank V. Johnson* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the evidence presented a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK and COLLIN, JJ. Absent: WERNER, J.